**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 11-cv-00639-WJM-KLM

THE BRICKMAN GROUP LTD, LLC,

    Plaintiff,

v.

JORGE PRICE, an Individual

    Defendant.

---

**PERMANENT INJUNCTION**

---

THIS CAUSE comes before the Court on the mutual agreement of the Parties. It is hereby ORDERED:

1. From the date of the entry of this Permanent Injunction until March 31, 2012, Defendant Jorge Price is enjoined from directly or indirectly soliciting or accepting business from any representative of any of the Two Hundred Seventy-Seven (277) entities on the list created by The Brickman Group ("Brickman") and reviewed and approved by Price (the "Protected List").

2. From the date of the entry of this Permanent Injunction until March 31, 2012, Defendant Jorge Price is enjoined from directly or indirectly soliciting any employee of Brickman to sever his or her employment with Brickman.

3. Price is ordered to provide to Brickman an affirmation that he has not retained any written or electronic information and documents originating

with Brickman, including but not limited to customer lists, financial documents, and spreadsheets. Price is ordered to retain no copies of such documents. The only exception to this provision is that Price may retain personal compensation, tax, and benefits records provided to him by Brickman.

Dated this 4th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge